CLARENCE A. FOWLER, Respondent, v. CITY OF POUGHKEEPSIE, Appellant.— Judgment and order reversed and new trial granted, costs to abide

the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $550, in which event the judgment shall be so reduced and modified accordingly, and, as so modified, the judgment and order are unanimously affirmed, without costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.